1  HOWARD KOLLITZ (State Bar No. 059611)
   hkollitz@dgdk.com
2  MATTHEW F. KENNEDY (State Bar No. 199485)
   mkennedy@dgdk.com
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   1900 Avenue of the Stars, 11th Floor
4  Los Angeles, California 90067-4402
   Telephone: (310) 277-0077
5  Facsimile:  (310) 277-5735

6  Attorneys for Plaintiff and Appellant,
   Richard K. Diamond, as Chapter 7 Trustee

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  In re                        | District Court
                                 | Case No. 2:12-CV-1782-MMM
12  CENTURY CITY DOCTORS         |
    HOSPITAL, LLC,               | Bankruptcy Court
13                               | Case No. 2:08-bk-23318-PC
         Debtor.                 |
14  _____      | Chapter 7

15  RICHARD K. DIAMOND, as Chapter |
    7 Trustee of the Bankruptcy Estate of | Adv. No. 2:10-ap-02401-PC
16  Century City Doctors Hospital, LLC, |
                                 | **ORDER APPROVING
17         Appellant,            | STIPULATION BY AND BETWEEN
                                 | APPELLANT RICHARD K.
18         vs.                   | DIAMOND CHAPTER 7 TRUSTEE
                                 | AND APPELLEE ROBERT
19  ROBERT FRIEDMAN,             | FRIEDMAN TO REMAND ACTION
                                 | FROM DISTRICT COURT TO
20         Appellee.             | BANKRUPTCY COURT AND FOR
                                 | DISMISSAL OF APPEAL**
21
                                 | [No Hearing Required]
22

23

24

25

26

27

28

667639.1  0823318A                      1

1        The Stipulation by and between Appellant and Plaintiff, Richard K. Diamond,

2   the Chapter 7 Trustee (the "Trustee" and/or "Appellant") for the bankruptcy estate of

3   Century City Doctors Hospital, LLC (the "Debtor") and Robert Friedman (the

4   "Appellee" and/or "Friedman") (the "Stipulation") filed with the Court on June 22,

5   2012.  The Court having read and considered the Stipulation and based on the

6   Stipulation:

7        **IT IS SO ORDERED THAT:**

8        1.      The Stipulation is approved.

9        2.      The Adversary Proceeding is remanded to the Bankruptcy Court.

10       3.      The Appeal is hereby dismissed and shall be closed.

11       4.      The Parties shall bear their own respective attorneys' fees and costs

12   incurred in the Appeal.

17   DATED: 6/27/12

18                                         ~~MARGARET M. MARROW~~
                                           *Christina A. Snyder*

19                                         United States District Judge